UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
DERRICK ANDERSON, on behalf of himself and all others similarly situated,

                                      Plaintiff,

   -v.-

Coffee Project Group, Inc.

                                     Defendants.
------------------------------------------------------------------------x

Civil Action No:
2:25-cv-02743-JMA-AYS

## **NOTICE OF SETTLEMENT**

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: October 21, 2025

                                                                  Respectfully Submitted,

                                                                  */s/ Uri Horowitz, Esq.*
                                                                  Uri Horowitz, Esq.
                                                                  **Horowitz Law, PLLC**
                                                                  144-41 70th Road
                                                                  Flushing, NY 11367
                                                                 uri@horowitzlawpllc.com
                                                                 Tel. (718) 705-8700
                                                                 Fax (718) 705-8705
                                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on October 21, 2025 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 21st day of October, 2025                Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.